# EXHIBIT A-1



**Source**: https://na.panasonic.com/ns/271868_TOUGHPAD_FZ-G1_Spec_Sheet_012020.pdf

# FIG. 1



Source: https://na.panasonic.com/ns/272159_TOUGHPAD_FZ-G1_Reference_Manual.pdf (Pg. 60)

Source: https://na.panasonic.com/ns/272159_TOUGHPAD_FZ-G1_Reference_Manual.pdf (Pg. 62)

FIG. 2

You can set a start-up password to protect your computer from unauthorized use.

1. Set the password ( ➡ Setting the Supervisor Password/User Password), and select [Enabled] in [Password On Boot] and/or [Password On Resume] in the [Security] menu of the Setup Utility.

**NOTE**

- The [Password On Resume] of Setup Utility is effective when the computer was once shut down, and not effective when the computer resume from sleep.
- If the Supervisor Password or User Password has been set, the password input screen will be displayed on starting-up of the Setup Utility even though [Password On Boot] and/or [Password On Resume] is set to [Disabled]. If you set [Password On Boot] to [Enabled] and set [Password Or Reboot] to [Same as Boot], password input will also be required at Windows restart. ([Same as Boot] is the default setting.)

Source: https://na.panasonic.com/ns/272159_TOUGHPAD_FZ-G1_Reference_Manual.pdf  (Pg. 60)

**Setting the Supervisor Password/User Password**

Set the Supervisor Password before setting the User Password.

1. Start up the Setup Utility. ( ➡ Starting the Setup Utility)
2. Touch [Security] menu.
3. Double-touch [Set Supervisor Password] or [Set User Password].
4. Enter your password in [Create New Password] and touch ≪ Enter ≫.
    - When the password has been set, you need to enter your password in [Enter Current Password] and touch ≪ Enter ≫.
    - To disable the password, leave the input field empty and touch ≪ Enter ≫.
5. Enter your password again in [Confirm New Password] and touch ≪ Enter ≫.
6. Touch ≪ F10 ≫, and then select [Yes] and touch ≪ Enter ≫.
   When using the on-screen keyboard ≪ F10 ≫ key, touch [SYM] - [F10].

Source: https://na.panasonic.com/ns/272159_TOUGHPAD_FZ-G1_Reference_Manual.pdf  (Pg. 59)

# FIG. 3



- **Windows Hello**

  This function is used to sign in to Windows quickly, or perform individual authentication.

  <Only for model with camera with IR sensor>

  The face recognition for Windows Hellos is supported. To use Windows Hellos, perform the following steps for setup.

  - 61 -

  1. Touch ▭ (Start) - ⚙ (Settings).
  2. Touch [Accounts] - [Sign-in options].
  3. Touch [Set up] under the "Windows Hello".
  4. Follow the on-screen instructions.

  **NOTE**
  - To use Windows Hellos, you need to set the password and PIN for sign-in options.
  - During face recognition, the IR sensor camera light turns on, and becomes hot. Do not touch the IR sensor section when the light is on, and shortly after the light turns off.

Source: https://na.panasonic.com/ns/272159_TOUGHPAD_FZ-G1_Reference_Manual.pdf  (Pg. 62)

- 2 MP (1920 x 1080 pixels), 30fps(Video), Monaural Microphone
  – Infrared Sensor with Windows Hello support[5]
- 8MP rear camera with autofocus and LED flash

Source: https://na.panasonic.com/ns/271868_TOUGHPAD_FZ-G1_Spec_Sheet_012020.pdf

FIG. 4

**How it works**

The Windows Hello face recognition engine consists of four distinct steps that allow Windows to understand who is in front of the sensor:

1. **Find the face and discover landmarks**

   In this first step, the algorithm detects the user's face in the camera stream and then locates facial landmark points (also known as alignment points), which correspond to eyes, nose, mouth, and so on.

2. **Head orientation**

   To ensure the algorithm has enough of your face in view to make an authentication decision, it ensures the user is facing towards the device +/- 15 degrees.

3. **Representation vector**

   Using the landmark locations as anchor points, the algorithm takes thousands of samples from different areas of the face to build a representation. The representation at its most basic form is a histogram representing the light and dark differences around specifics points. No image of the face is ever stored – it is only the representation.

4. **Decision engine**

   Once there is a representation of the user in front of the sensor, it is compared to the enrolled users on the physical device. The representation must cross a machine-learned threshold before the algorithm will accept it as a correct match. If there are multiple users enrolled on the system, this threshold will increase accordingly to help ensure that security is not compromised.

Source: https://docs.microsoft.com/en-us/windows-hardware/design/device-experiences/windows-hello-face-authentication

FIG. 5

**Setting the Supervisor Password/User Password**

Set the Supervisor Password before setting the User Password.

1. Start up the Setup Utility. (➡ Starting the Setup Utility)
2. Touch [Security] menu.
3. Double-touch [Set Supervisor Password] or [Set User Password].
4. Enter your password in [Create New Password] and touch ≪Enter≫.
   - When the password has been set, you need to enter your password in [Enter Current Password] and touch ≪Enter≫.
   - To disable the password, leave the input field empty and touch ≪Enter≫.
5. Enter your password again in [Confirm New Password] and touch ≪Enter≫.
6. Touch ≪F10≫, and then select [Yes] and touch ≪Enter≫.
   When using the on-screen keyboard ≪F10≫ key, touch [SYM] - [F10].

Source: https://na.panasonic.com/ns/272159_TOUGHPAD_FZ-G1_Reference_Manual.pdf  (Pg. 59)

- 10.1" WUXGA 1920 x 1200 with LED backlighting
- **10-point capacitive multi touch** + Waterproof Digitizer pen daylight-readable screen
  - 2-800 nit
  - IPS display with direct bonding
  - Anti-reflective and anti-glare screen treatments
  - Ambient light sensor, digital compass, gyro and acceleration sensors
  - Automatic screen rotation
  - Intel® HD Graphics 620 [Built-in CPU] video controller

Source: https://na.panasonic.com/ns/271868_TOUGHPAD_FZ-G1_Spec_Sheet_012020.pdf

- 2 MP [1920 x 1080 pixels], 30fps(Video), Monaural Microphone
  - Infrared Sensor with Windows Hello support[5]
- 8MP rear camera with autofocus and LED flash

Source: https://na.panasonic.com/ns/271868_TOUGHPAD_FZ-G1_Spec_Sheet_012020.pdf

**Setting the Supervisor Password/User Password**

Set the Supervisor Password before setting the User Password.

1. Start up the Setup Utility. (➡ Starting the Setup Utility)
2. Touch [Security] menu.
3. Double-touch [Set Supervisor Password] or [Set User Password].
4. Enter your password in [Create New Password] and touch ≪Enter≫.
   - When the password has been set, you need to enter your password in [Enter Current Password] and touch ≪Enter≫.
   - To disable the password, leave the input field empty and touch ≪Enter≫.
5. Enter your password again in [Confirm New Password] and touch ≪Enter≫.
6. Touch ≪F10≫, and then select [Yes] and touch ≪Enter≫.
   When using the on-screen keyboard ≪F10≫ key, touch [SYM] - [F10].

Source: https://na.panasonic.com/ns/272159_TOUGHPAD_FZ-G1_Reference_Manual.pdf  (Pg. 59)

FIG. 6

Source: https://na.panasonic.com/ns/272159_TOUGHPAD_FZ-G1_Reference_Manual.pdf (Pg. 66)

## FIG. 7