UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ALTPASS LLC,**<br><br>               Plaintiff,<br><br>   v.<br><br>**PANASONIC CORPORATION OF NORTH AMERICA,**<br><br>               Defendant. | Case No.  2:21-cv-285<br><br>JURY TRIAL DEMANDED |

## CORPORATE DISCLOSURE STATEMENT

    Plaintiff Altpass LLC ("Plaintiff") is a Texas limited liability company. Plaintiff has no parent corporation, and no publicly held company owns 10% or more of its stock.

DATED July 28, 2021.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: */s/ Hao Ni*
　　　　　　　　　　　　　　　　　　　Hao Ni
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24047205
　　　　　　　　　　　　　　　　　　　hni@nilawfirm.com
　　　　　　　　　　　　　　　　　　　Neal G. Massand
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24039038
　　　　　　　　　　　　　　　　　　　nmassand@nilawfirm.com
　　　　　　　　　　　　　　　　　　　Timothy T. Wang
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24067927
　　　　　　　　　　　　　　　　　　　twang@nilawfirm.com
　　　　　　　　　　　　　　　　　　　Stevenson Moore V
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24076573
　　　　　　　　　　　　　　　　　　　smoore@nilawfirm.com

　　　　　　　　　　　　　　　　　　　**NI, WANG & MASSAND, PLLC**
　　　　　　　　　　　　　　　　　　　8140 Walnut Hill Ln., Ste. 500
　　　　　　　　　　　　　　　　　　　Dallas, TX 75231
　　　　　　　　　　　　　　　　　　　Tel: (972) 331-4600
　　　　　　　　　　　　　　　　　　　Fax: (972) 314-0900

　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**
　　　　　　　　　　　　　　　　　　　**ALTPASS LLC**

## CERTIFICATE OF SERVICE

　　　I hereby certify that on the 28th day of July, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

　　　　　　　　　　　　　　　　　　　*/s/ Hao Ni*
　　　　　　　　　　　　　　　　　　　Hao Ni