UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:21-cv-285

Name of party requesting extension: Panasonic Corporation of North America

Is this the first application for extension of time in this case?   ✔ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons:

Number of days requested:   ✔ 30 days
☐ 15 days
☐ Other ____ days

New Deadline Date: 10/14/2021   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Hao Ni
State Bar No.: 24047205
Firm Name: Ni, Wang & Massand PLLC
Address: 8140 walnut Hill Ln Ste 500
Dallas, TX 75231

Phone: 972-331-4602
Fax: 972-314-0900
Email: hni@nilawfirm.com

A certificate of conference does not need to be filed with this unopposed application.