### IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION

| | |
|---|---|
| ALTPASS LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case No. 2:21-cv-00285-JRG-RSP |
| § | |
| PANASONIC CORPORATION OF § | |
| NORTH AMERICA, § | |
| § | |
| *Defendant*. § | |

### ORDER

Before the Court is the Unpoosed Motion to Stay All Deadlines and Notice of Settlement, filed by Plaintiff Altpass LLC. Dkt. No. 9. Plaintiff represents the parties have reached an agreement that will resolve all pending claims. Dkt. No. 9 at 1.

After consideration, the Court **GRANTS** the Motion. It is therefore **ORDERED** that this case is **STAYED** for thirty (30) days from the date of this Order. It is further **ORDERED** that, absent good cause, the parties shall file dismissal papers thirty (30) days from the date of this Order.

**SIGNED this 1st day of November, 2021.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE