UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ALTPASS LLC,**<br><br>     *Plaintiff*,<br><br>v.<br><br>**PANASONIC CORPORATION OF NORTH AMERICA,**<br><br>     *Defendant*. | Case No.  2:21-cv-00285-JRG-RSP |

## ORDER

Before the Court is Plaintiff Altpass LLC's Motion to Dismiss with Prejudice. (Dkt. No. 11). In the Motion, Plaintiff dismisses its claims against Defendant Panasonic Corporation of North America with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant having filed neither an answer nor a motion for summary judgment, the Motion is hereby **GRANTED**.

Accordingly, Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** the above-captioned case as no parties or claims remain.

So ORDERED and SIGNED this 16th day of November, 2021.

                                          */s/ Rodney Gilstrap*
                                         RODNEY GILSTRAP
                                         UNITED STATES DISTRICT JUDGE